UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5-34/22288 |
| | ) | |
| CARLOS WASHINGTON | ) | |

## ORDER

This matter was scheduled to be heard before this Court on August 12, 2013, upon a petition to revoke the defendant's supervised release filed on January 31, 2013. (D.E. 4). Defendant, through counsel, has advised that he understands and knowingly waives his right to appear, to a formal hearing, proof, testimony and witness confrontation rights pursuant to Federal Rule of Criminal Procedure 32.1(b)(2). The defendant admits and does not contest the alleged violations contained in the petition. . The defendant resolved the underlying violations, which involved pending state charges, by pleading guilty to two misdemeanors. The defendant has consulted with appointed counsel and agrees with the Government as to the resolution of this petition.

The Court has considered the petition to modify the conditions of the defendant's supervised release. In accordance with the agreement of the parties, the Court orders that the conditions of the defendant's supervised release be modified to include the following condition:

> The defendant's supervised release shall be extended for four additional months. The defendant's new expiration date will, therefore, be September 19, 2015.

_____  _____
DATE                     KEVIN H. SHARP